IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAY BYRON FORD,

    Plaintiff,                      No. CIV S-02-1693 DFL CMK P

    vs.

MICHAEL MARTEL,

    Defendant.                    ORDER

_____/

        On April 20, 2005, plaintiff filed a request for reconsideration of the magistrate judge's order filed April 7, 2005, denying plaintiff's January 13, 2005 motion for sanctions. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed April 7, 2005, is affirmed.

DATED: 9/14/2005

_____
DAVID F. LEVI
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26