IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY BROWN FORD, | No. CIV S-02-1693-DFL-CMK |
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL MARTEL, | |
| Defendant. | |
| _____/ | |

      Plaintiff, a state prisoner proceeding pro se and in forma pauperis, brings this civil rights action pursuant to 42 U.S.C. § 1983. On September 15, 2005, the court issued findings and recommendations addressing defendant's motion for summary judgment. The ten-day period within which to file objections to the findings and recommendations has passed. A review of the court's docket, however, reflects that plaintiff filed and served a notice of change of address on September 21, 2005. In the interest of justice, the court will re-serve the September 15, 2005, findings and recommendations and provide for additional time within which to file objections.

/ /

/ / /

/ / /

1

1  Accordingly, IT IS HEREBY ORDERED that:

2      1.    The Clerk of the Court is directed to re-serve the September 15, 2005,
3  findings and recommendations on plaintiff at his current address of record; and

4      2.    Objections to the findings and recommendations, if any, will be due within
5  ten days from the date of re-service of the findings and recommendations.

7  DATED: September 26, 2005.

                                              *Craig M. Kellison*
                                              **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE