UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF

| | |
|---|---|
| RAY BYRON FORD,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>MICHAEL MARTEL,<br><br>    Defendant - Appellee. | No. 06-16994<br>D.C. No. CV-02-01693-<br>DFL/CMK<br><br><br><br>**ORDER** |

This appeal has been taken in good faith    [✓]

This appeal is not taken in good faith    [ ]

Explanation: _____

_____

_____

_____
Judge
United States District Court

Date: 11/15/2006